**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

July 15, 2022

**BY ECF**
Honorable Judge Naomi R. Buchwald
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   **United States v. James Ellis**
      **22 CR. 22 (NRB)**

Dear Judge Buchwald,

     With the consent of the Government, I respectfully write to request a brief 3-day extension of the sentencing deadlines in thise case as I am currently under the weather. Mr. Ellis's submission is due July 15. I ask permission to submit the defense submission on July 18 and extend the Government's deadline to July 25.

Respectfully submitted,
/s/
Zawadi Baharanyi
Assistant Federal Defender
917-612-2753

cc:   Andrew Jones (ECF).

Application granted. The defense submission is due July 18, 2022 and the Government's submission is due July 25, 2022 at 12:00 p.m.
**SO ORDERED.**

*[signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       July 15, 2022